## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS STEVENS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INPHONIC, INC., et al.,<br><br>    Defendants. | Case No.:  1:07-cv-00930-RBW |

## JOINT STIPULATION

WHEREAS, on May 7, 2007, plaintiff Mark Miller filed a complaint captioned *Miller v. InPhonic, Inc., et al.*, 1:07-cv-00845-RBW, a securities fraud class action, which was assigned to Judge Reggie B. Walton and an answer has not been filed in this action;

WHEREAS, on May 18, 2007, plaintiff Thomas Stevens filed a related complaint captioned *Stevens v. InPhonic, Inc., et al.*, 1:07-cv-00930-RBW, a securities fraud class action, which also was assigned to Judge Reggie B. Walton and an answer has not been filed;

WHEREAS, this stipulation is entered into on behalf of InPhonic, Inc. by Laurie B. Smilan and J. Christian Word of Latham & Watkins LLP, and on behalf of Plaintiff Thomas Stevens by Steven J. Toll and Daniel S. Sommers of Cohen, Milstein, Hausfeld & Toll P.L.L.C. and D. Seamus Kaskela, Esquire of Schiffrin Barroway Topaz & Kessler, LLP;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 (15 U.S.C. §78u-4(a)(3)(B)(ii)), the Court must consolidate related actions before appointing lead plaintiff and lead counsel; and

WHEREAS, the parties believe that, for reasons of judicial efficiency and economy, Defendants should be permitted to withhold responding to the complaint in the above-captioned action until any related actions are consolidated, lead plaintiff and lead counsel are appointed and a consolidated complaint is filed.

WHEREFORE, the parties, by and through their undersigned counsel, hereby stipulate that the Court be requested to enter an order as follows:

1. Defendant, including all defendants both named and unnamed (hereinafter collectively referred to as "Defendants"), need not answer, move against or otherwise respond to the complaint in this action until a consolidated complaint is filed as described below;

2. The presently filed action and any subsequently filed, related actions shall be consolidated and shall hereinafter be captioned *In Re InPhonic, Inc. Securities Litigation,* 1:07-cv-00930-RBW;

3. Lead plaintiff(s) shall serve a consolidated complaint ("Consolidated Complaint") within 60 days of entry of the Court's Order appointing lead plaintiff(s) and designating lead counsel;

4. Defendants shall answer, move against or otherwise respond to the Consolidated Complaint within 60 days after service of the Consolidated Complaint;

5. If Defendants move to dismiss the Consolidated Complaint, the lead plaintiff shall serve an opposition memorandum within 60 days of service of Defendants' motion to dismiss

and Defendants shall serve any reply memoranda within 45 days after service of the lead

plaintiff's opposition memorandum; and

      6.      By entering into this stipulation, Defendants expressly preserve, and do not waive,

any and all defenses.

Dated: June 12, 2007

COHEN, MILSTEIN, HAUSFELD          LATHAM & WATKINS LLP
 & TOLL, P.L.L.C.


By:    /s/ Steven J. Toll  (with permission)    By:    /s/ Laurie Smilan_____
        Steven J. Toll (DCB #225623)             Laurie Smilan (DCB #: 474002)
        Daniel S. Sommers (DCB #416549)       J. Christian Word (DCB #: 461346)
        1100 New York Avenue, NW          555 Eleventh Street, NW
        West Tower, Suite 500              Suite 1000
        Washington, DC  20005            Washington, DC 20004-1304
        Telephone: (202) 408-4600         Telephone: (202) 637-2200
        Facsimile:  (202) 408-4699         Facsimile:  (202) 637-2201


        /s/ D. Seamus Kaskela (with permission)    *Attorneys for Defendants InPhonic,*
        D. Seamus Kaskela, Esquire          *Inc. and David A. Steinberg*
        Schiffrin Barroway Topaz & Kessler,
        LLP
        280 King of Prussia Rd.
        Radnor, PA 19087
        Telephone: 610-667-7706
        Facsimile: 610-667-7056


        *Attorneys for Plaintiffs*



PURSUANT TO THE FORGOING JOINT STIPULATION, IT IS SO ORDERED THIS ____

DAY OF _____, 2007:



_____
HONORABLE REGGIE B. WALTON
UNITED STATES JUDGE

CERTIFICATE OF SERVICE

I hereby certify that the forgoing Joint Stipulation in the above captioned matter was filed on June 12, 2007 and served via the Court's electronic CM/ECF filing system on the following:

Steven J. Toll (DCB #225623)
Daniel S. Sommers (DCB #416549)
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699

D. Seamus Kaskela, Esquire
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056
*Attorneys for Plaintiffs*

Laurie Smilan (DCB #: 474002)
J. Christian Word (DCB #: 461346)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201

*Attorneys for Defendants InPhonic, Inc. and David A. Steinberg*

/s/ Jeffery M. Shrader
Jeffery M. Shrader