**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THOMAS STEVENS, Individually and on Behalf
of All Others Similarly Situated,

                 *Plaintiff*,

     v.

INPHONIC, INC., *et al.*,

                  *Defendants*.

Case No.:  1:07-cv-00930-RBW

### JOINT STIPULATION

WHEREAS, on May 7, 2007, plaintiff Thomas Stevens filed a complaint captioned

*Stevens v. InPhonic, Inc., et al.*, 1:07-cv-00930-RBW, a securities fraud class action, which was

assigned to Judge Reggie B. Walton and an answer has not been filed in this action;

WHEREAS, additional related actions may hereafter be filed;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 (15 U.S.C.

§78u-4(a)(3)(B)(ii)), the Court must appoint a lead plaintiff and lead counsel;

WHEREAS, the appointed lead plaintiff and lead counsel may be a party other than

plaintiff Stevens and his selected counsel; and

WHEREAS, the appointed lead plaintiff may file a complaint to supersede the complaint

filed in this action; and

WHEREAS, the parties believe that, for reasons of judicial efficiency and economy,

Defendants should be permitted to withhold responding to the complaint filed in the above-

captioned action until any related actions are consolidated, lead plaintiff and lead counsel are appointed and a consolidated complaint is filed (or lead plaintiff indicates that it will not file an additional complaint).

WHEREFORE, the parties, by and through their undersigned counsel, hereby stipulate that the Court be requested to enter an order as follows:

1.      Defendant, including all defendants both named and unnamed (hereinafter collectively referred to as "Defendants"), need not answer, move against or otherwise respond to the complaint in this action until a consolidated complaint is filed as described below;

2.      The presently filed action and any subsequently filed, related actions shall be consolidated and shall hereinafter be captioned *In Re InPhonic, Inc. Securities Litigation,* 1:07-cv-00930-RBW;

3.      Lead plaintiff(s) shall, at its election, serve any consolidated complaint ("Consolidated Complaint") within 60 days of entry of the Court's Order appointing lead plaintiff(s) and designating lead counsel;

4.      Defendants shall answer, move against or otherwise respond to the Consolidated Complaint within 60 days after service of the Consolidated Complaint;

5.      If lead plaintiff elects not to file a Consolidated Complaint, Defendants shall answer, move against or otherwise respond to the Consolidated Complaint within 60 days after notice by the lead plaintiff that it intends to stand on the complaint filed in this action;

6.      If Defendants move to dismiss, the lead plaintiff shall serve an opposition memorandum within 60 days of service of Defendants' motion to dismiss and Defendants shall serve any reply memoranda within 45 days after service of the lead plaintiff's opposition memorandum; and

7.     By entering into this stipulation, Defendants expressly preserve, and do not waive,

any and all defenses.

Dated: June 27, 2007

COHEN, MILSTEIN, HAUSFELD                    LATHAM & WATKINS LLP
 & TOLL, P.L.L.C.


By:     /s/ Steven J. Toll  (with permission)        By:     /s/ J. Christian Word
        Steven J. Toll (DCB #225623)                         J. Christian Word (DCB #: 461346)
        Daniel S. Sommers (DCB #416549)                      Laurie Smilan (DCB #: 474002)
        1100 New York Avenue, NW                             555 Eleventh Street, NW
        West Tower, Suite 500                                Suite 1000
        Washington, DC  20005                                Washington, DC 20004-1304
        Telephone: (202) 408-4600                            Telephone: (202) 637-2200
        Facsimile:  (202) 408-4699                           Facsimile:  (202) 637-2201
                                                             Christian.Word@lw.com
        /s/ D. Seamus Kaskela (with permission)             Laurie.Smilan@lw.com
        D. Seamus Kaskela, Esquire
        Schiffrin Barroway Topaz & Kessler,
        LLP                                                  *Attorneys for Defendants InPhonic,*
        280 King of Prussia Rd.                              *Inc. and David A. Steinberg*
        Radnor, PA 19087
        Telephone: 610-667-7706
        Facsimile: 610-667-7056


        *Attorneys for Plaintiff*

- 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the forgoing Joint Stipulation in the above captioned matter was filed on June 27, 2007 and served via the Court's electronic CM/ECF filing system on the following:

Steven J. Toll (DCB #225623)
Daniel S. Sommers (DCB #416549)
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699

D. Seamus Kaskela, Esquire
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056
*Attorneys for Plaintiff*

Laurie Smilan (DCB #: 474002)
J. Christian Word (DCB #: 461346)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201

*Attorneys for Defendants InPhonic, Inc. and David A. Steinberg*

 /s/ J. Christian Word
  J. Christian Word

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THOMAS STEVENS, Individually and on Behalf
of All Others Similarly Situated,

        *Plaintiff*,

    v.

INPHONIC, INC., *et al.*,

        *Defendants*.

Case No.:  1:07-cv-00930-RBW

## PROPOSED ORDER

Pursuant to the terms of the foregoing Joint Stipulation, IT IS SO ORDERED this _____

day of _____, 2007.

_____
HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

**Persons to be served with the order**:

Steven J. Toll (DCB #225623)
Daniel S. Sommers (DCB #416549)
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699

D. Seamus Kaskela, Esquire
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056
*Attorneys for Plaintiff*

Laurie Smilan (DCB #: 474002)
J. Christian Word (DCB #: 461346)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201

*Attorneys for Defendants InPhonic, Inc. and
David A. Steinberg*