**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS STEVENS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INPHONIC, INC., et al.,<br><br>Defendants. | Case No.:  1:07-cv-00930-RBW |

## MOTION OF THE INDIVIDUAL INVESTORS GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF LEAD COUNSEL

Rodney J. Caspersen, James W. Morse, Jr., and Michelle Walsh (collectively, the "Individual Investors Group" or "Movant") respectfully move this Court for an order (1) appointing the Individual Investors Group as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B) (the "PSLRA"); and (2) approving Movant's selection of the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as Lead Counsel.  As set forth more fully in the accompanying Memorandum in Support of Motion of the Individual Investors Group for Appointment as Lead Plaintiff and Approval of Choice of Lead Counsel,  Movant submits this Motion on the grounds that it is the "most adequate plaintiff" pursuant to the PSLRA.

Dated:  July 6, 2007

Respectfully submitted,

**COHEN, MILSTEIN, HAUSFELD**
**   & TOLL, P.L.L.C**

/s/   Steven J. Toll
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
Elizabeth S. Finberg (D.C. Bar No. 468555)
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Proposed Lead Counsel for Movant*