IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS STEVENS, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>INPHONIC, INC., *et al*.,<br><br>*Defendants*. | Case No.: 1:07-cv-00930-RBW |

**SUGGESTION OF BANKRUPTCY AND**
**NOTICE OF OPERATION OF AUTOMATIC STAY**

PLEASE BE ADVISED that on November 8, 2007, InPhonic, Inc. (the "Debtor"), a defendant in this action, filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), Case Number 07-11666-KG. As a result of the bankruptcy filing, any further action against the Debtor is stayed under section 362(a) of the Bankruptcy Code.

PLEASE BE FURTHER ADVISED that any action taken against the Debtor or its property without obtaining relief from the automatic stay from the Bankruptcy Court may be subject to a finding of contempt and the assessment by the Bankruptcy Court of penalties, fines and/or sanctions, as may be appropriate.

Dated: November 14, 2007

LATHAM & WATKINS LLP

By:   /s/ J. Christian Word
J. Christian Word (DCB #: 461346)
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

*Attorneys for Defendants InPhonic, Inc., David A. Steinberg and Lawrence S. Winkler*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that the forgoing Suggestion of Bankruptcy and Notice of Operation of Automatic Stay in the above captioned matter was filed on November 14, 2007 and served via the Court's electronic CM/ECF filing system on the following:

Steven J. Toll (DCB #225623)
Daniel S. Sommers (DCB #416549)
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC  20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699

D. Seamus Kaskela, Esquire
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056
*Attorneys for Plaintiff*

                                  /s/ J. Christian Word
                                  J. Christian Word