IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS STEVENS, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

    v.

INPHONIC, INC., et al.,

                    Defendants.

Case No.:  1:07-cv-00930-RBW

## LEAD PLAINTIFF MOVANT RODNEY CASPERSEN'S UNOPPOSED MOTION FOR RELIEF FROM LCvR 23.1(b)

Lead plaintiff Movant Rodney Caspersen ("Mr. Caspersen" or "Movant"), through counsel, respectfully moves the Court for an order granting relief from the provision of LCvR 23.1(b) requiring that class action plaintiffs file a motion for class certification within 90 days after the filing of a complaint. *See* LCvR 23.1(b).

As set forth more fully in the accompanying Memorandum of Law in Support of Motion of Lead Plaintiff Movant Rodney Caspersen's for Relief from LCvR 23.1(b), Movant submits this Motion on the grounds that the Court has express discretion to expand the 90-day period and that, the issue of class certification is not ripe for review at this juncture because the Court has not yet appointed a lead plaintiff in this action.

Prior to filing this motion, undersigned counsel conferred with counsel for the defendants concerning the relief sought in this motion. Counsel for the defendants do not oppose this motion.

Dated: December 14, 2007                         Respectfully submitted,

                                                  **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**

/s/ Andrew N. Friedman_____
Andrew N. Friedman (D.C. Bar#375595)
Daniel S. Sommers (D.C. Bar No. 416549)
Elizabeth S. Finberg (D.C. Bar No. 468555)
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Proposed Lead Counsel for Rodney Caspersen*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS STEVENS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>INPHONIC, INC., et al.,<br><br>      Defendants. | Case No.:  1:07-cv-00930-RBW |

**[PROPOSED] ORDER GRANTING RELIEF FROM 90-DAY PROVISION OF LCvR 23.1(b)**

Upon the unopposed motion of lead plaintiff movant Rodney Caspersen ("Movant") for relief from the 90-day provision of Local Rule 23.1(b) and for good cause shown, IT IS:

ORDERED, that Movant's motion be and hereby is GRANTED, and no motion for class certification need be filed until further order of this Court.

Entered this __ day of _____.

_____
Reginald B. Walton, Judge
United States District Court