IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS STEVENS, Individually and on Behalf of All Others Similarly Situated,<br><br>               *Plaintiff*,<br><br>  v.<br><br>INPHONIC, INC., *et al*.,<br><br>               *Defendants*. | Case No.: 1:07-cv-00930-RBW |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, Pursuant to Rule 83.6(a) of the Local Rules of the United States District Court for the District of Columbia please enter the appearance of Laurie B. Smilan, of Latham & Watkins LLP, as counsel in this case for Defendants InPhonic, Inc., David A. Steinberg and Lawrence S. Winkler.

Dated: January 8, 2008

Respectfully submitted,

/s/ Laurie B. Smilan
Laurie B. Smilan
D.C. Bar No. 474002
LATHAM & WATKINS LLP
11955 Freedom Drive
Suite 500
Reston, VA 20190
Telephone: 703-456-5220
Facsimile: 703-456-1001
Laurie.Smilan@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January 2008, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will electronically send a notice of such filing to the following CM/ECF users:

Elizabeth S. Finberg
efinberg@cmht.com

Steven J. Toll
stoll@cmht.com

/s/ Laurie B. Smilan
Laurie B. Smilan