IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | |
|---|---|
| THOMAS STEVENS, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>INPHONIC, INC., *et al.*,<br><br>*Defendants.* | Case No.: 1:07-cv-00930-RBW |

## AMENDED JOINT STIPULATION

WHEREAS, on May 7, 2007, plaintiff Thomas Stevens filed a complaint captioned *Stevens v. InPhonic, Inc., et al.*, 1:07-cv-00930-RBW, a securities fraud class action, which was assigned to Judge Reggie B. Walton and an answer has not been filed in this action;

WHEREAS, additional related actions may hereafter be filed;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 (15 U.S.C. §78u-4(a)(3)(B)(ii)), the Court must appoint a lead plaintiff and lead counsel;

WHEREAS, the appointed lead plaintiff and lead counsel may be a party other than plaintiff Stevens and his selected counsel; and

WHEREAS, the appointed lead plaintiff may file a complaint to supersede the complaint filed in this action; and

WHEREAS, the parties believe that, for reasons of judicial efficiency and economy, Defendants should be permitted to withhold responding to the complaint filed in the above-

captioned action until any related actions are consolidated, lead plaintiff and lead counsel are appointed and a consolidated complaint is filed (or lead plaintiff indicates that it will not file an additional complaint).

WHEREFORE, the parties, by and through their undersigned counsel, hereby stipulate that the Court be requested to enter an order as follows:

1. Defendant, including all defendants both named and unnamed (hereinafter collectively referred to as "Defendants"), need not answer, move against or otherwise respond to the complaint in this action until a consolidated complaint is filed as described below;

2. The presently filed action and any subsequently filed, related actions shall be consolidated and shall hereinafter be captioned *In Re InPhonic, Inc. Securities Litigation,* 1:07-cv-00930-RBW;

3. Lead plaintiff(s) shall, at its election, serve any consolidated complaint ("Consolidated Complaint") within 60 days of entry of the Court's Order appointing lead plaintiff(s) and designating lead counsel;

4. Defendants shall answer, move against or otherwise respond to the Consolidated Complaint within 60 days after service of the Consolidated Complaint;

5. If lead plaintiff elects not to file a Consolidated Complaint, Defendants shall answer, move against or otherwise respond to the Consolidated Complaint within 60 days after notice by the lead plaintiff that it intends to stand on the complaint filed in this action;

6. If Defendants move to dismiss, the lead plaintiff shall serve an opposition memorandum within 60 days of service of Defendants' motion to dismiss and Defendants shall serve any reply memoranda within 45 days after service of the lead plaintiff's opposition memorandum; and

7. By entering into this stipulation, Defendants expressly preserve, and do not waive, any and all defenses.

Dated: March 5, 2008

| COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. | LATHAM & WATKINS LLP |
|---|---|
| By: /s/ Andrew N. Friedman<br>Andrew N. Friedman (DCB # 375595)<br>Steven J. Toll (DCB # 225623)<br>Elizabeth S. Finberg (DCB # 468555)<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>*Lead Counsel for Plaintiffs* | By: /s/ Laurie Smilan (with permission)<br>Laurie Smilan (DCB # 474002)<br>J. Christian Word (DCB # 461346)<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1304<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br><br>*Attorneys for Defendants* |

PURSUANT TO THE FORGOING JOINT STIPULATION, IT IS SO ORDERED THIS 7th DAY OF March, 2008:

_____
HONORABLE REGGIE B. WALTON
UNITED STATES JUDGE