IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC.<br>SECURITIES LITIGATION | Case No.: 1:07-cv-00930-RBW |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, Pursuant to Rule 83.6(a) of the Local Rules of the United States District Court for the District of Columbia please enter the appearance of David A. Becker, of Latham & Watkins LLP, as counsel in this case for Defendants David A. Steinberg and Lawrence S. Winkler.

Dated: June 19, 2008

Respectfully submitted,

/s/ David A. Becker
David A. Becker
D.C. Bar No. 456396
LATHAM & WATKINS LLP
555 11th Street N.W.
Suite 1000
Washington, D.C. 20004
Telephone: 202-637-2174
Facsimile: 202-637-2201
david.becker@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June 2008, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will electronically send a notice of such filing to the following CM/ECF users:

Elizabeth S. Finberg
efinberg@cmht.com

Steven J. Toll
stoll@cmht.com

/s/ David A. Becker
David A. Becker
