**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE INPHONIC, INC.<br>SECURITIES LITIGATION | Case No.: 1:07-cv-00930-RBW |

## JOINT STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE

WHEREAS, on May 5, 2008, the First Amended Complaint (the "Complaint") in the above-captioned matter was served on Defendants David Steinberg and Lawrence Winkler (the "Defendants");

WHEREAS, the Defendants are otherwise required to answer, move or otherwise respond to the Complaint by July 7, 2008; and

WHEREAS, a June 2, 2008, order by the U.S. Bankruptcy Court for the District of Delaware in the InPhonic, Inc. bankruptcy action (the "Bankruptcy Proceeding") held that certain of the directors and officers insurance policies covering defendants in this action are the property of the estate in the Bankruptcy Proceeding; and

WHEREAS, the Creditors Committee in the Bankruptcy Proceeding has stated that it believes that the statutory automatic stay applies to and stays this proceeding; and

WHEREAS, without conceding that the Creditors Committee's belief is correct, the parties to this action have agreed to the extension of the schedule for briefing in connection with Defendants' response to the Consolidated Complaint as set forth herein to attempt to resolve the issues raised by the recent events in the Bankruptcy Proceeding;

NOW, THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and agree that the time for Defendants to answer, move or otherwise respond to the Complaint is extended thirty days to August 6, 2008.

Dated: June 19, 2008

| COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. | LATHAM & WATKINS LLP |
|---|---|
| By:     /s/ Andrew N. Friedman (with permission)<br>         Steven J. Toll (DCB #225623)<br>         Andrew N. Friedman (DCB # 375595)<br>         Elizabeth S. Finberg (DCB # 468555)<br>         1100 New York Avenue, NW<br>         West Tower, Suite 500<br>         Washington, DC  20005<br>         Telephone: (202) 408-4600<br>         Facsimile:  (202) 408-4699<br><br>*Lead Counsel for Plaintiffs* | By:    /s/ David A. Becker<br>        Laurie Smilan (DCB # 474002)<br>        J. Christian Word (DCB # 461346)<br>        David  A Becker (DCB # 456396)<br>        555 Eleventh Street, NW<br>        Suite 1000<br>        Washington, DC 20004-1304<br>        Telephone: (202) 637-2200<br>        Facsimile:  (202) 637-2201<br><br>*Attorneys for Defendants* |

PURSUANT TO THE FORGOING JOINT STIPULATION, IT IS SO ORDERED THIS ____

DAY OF _____, 2008:

_____
HONORABLE REGGIE B. WALTON
UNITED STATES JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June 2008, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will electronically send a notice of such filing to the following CM/ECF users:

Elizabeth S. Finberg
efinberg@cmht.com

Steven J. Toll
stoll@cmht.com

/s/ David A. Becker
David A. Becker