IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE INPHONIC, INC.<br>SECURITIES LITIGATION | Case No.: 1:07-cv-00930-RBW |

**UNOPPOSED MOTION FOR FURTHER EXTENSION OF BRIEFING SCHEDULE**

Defendants respectfully request that the Court further extend by thirty (30) days the time for Defendants to respond to Plaintiffs' Amended Complaint from August 6, 2008 to September 5, 2008. Counsel for the parties have conferred and Plaintiffs do not oppose this motion. In support of this Motion, Defendants state as follows.

1. On May 5, 2008, the First Amended Complaint (the "Complaint") in the above-captioned matter was served on Defendants David Steinberg and Lawrence Winkler (the "Defendants").

2. A June 2, 2008, order by the U.S. Bankruptcy Court for the District of Delaware in the InPhonic, Inc. bankruptcy action (the "Bankruptcy Proceeding") held that certain of the directors and officers insurance policies covering Defendants in this action are the property of the estate in the Bankruptcy Proceeding (the "Order") and that the automatic bankruptcy stay operated to stay an action that could have decreased the policy proceeds available to the estate.

3. For that reason, the Official Committee of Unsecured Creditors ("Creditors Committee") in the Bankruptcy Proceeding has stated that it believes that the statutory automatic stay applies to and stays this proceeding.

4. Without conceding that the Creditors Committee's belief is correct, but in hopes that the issue would be quickly resolved by the Bankruptcy Court, the parties jointly stipulated on June 19, 2008 to an extension of time for Defendants to move, answer or otherwise respond to Plaintiffs' Amended Complaint until August 6, 2008, and the Court entered that stipulation.

5. Since requesting that extension, Defendants have learned that the party whose action was stayed by Order of the Bankruptcy Court has moved for reconsideration of that Order. Briefing and argument on the motion for reconsideration are not yet completed, and the Bankruptcy Court has not indicated when it will rule on that motion. Defendants believe that resolution of that motion will further enable the parties in this Action to determine whether the Bankruptcy Court is likely to determine that this Action is subject to the automatic bankruptcy stay.

6. Accordingly, Defendants in this action wish to further extend the briefing schedule in this action by 30 days to allow for resolution of the motion to reconsider the Bankruptcy Court's Order.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Unopposed Motion for Further Extension of Briefing Schedule be granted, thereby extending the time for Defendants to answer, move or otherwise respond to the Complaint by thirty (30) days to September 5, 2008.

Dated: July 24, 2008

LATHAM & WATKINS LLP


By:    /s/ David A. Becker_____
       David A. Becker (DCB # 456396)
       J. Christian Word (DCB # 461346)
       Laurie Smilan (DCB # 474002)
       555 Eleventh Street, NW, Suite 1000
       Washington, D.C. 20004-1304
       Telephone: (202) 637-2200
       Email: David.Becker@lw.com

       *Attorneys for Defendants*

CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of July 2008, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will electronically send a notice of such filing to the following CM/ECF users:

Elizabeth S. Finberg
efinberg@cmht.com

Steven J. Toll
stoll@cmht.com

    /s/ David A. Becker
    David A. Becker

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE INPHONIC, INC.
SECURITIES LITIGATION

Case No.: 1:07-cv-00930-RBW

**ORDER**

The Court having considered Defendant's Unopposed Motion for Further Extension of Briefing Schedule, it is this _____ day of _____, 2008

ORDERED, ADJUDGED AND DECREED, that upon good cause shown the Defendant's motion for an extension of time to answer, move or otherwise respond to the Complaint until September 5, 2008 is hereby granted.

SO ORDERED,

_____
HONORABLE REGGIE B. WALTON
UNITED STATES JUDGE

cc:   Steven J. Toll, Lead Counsel for Plaintiffs
      Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
      1100 New York Avenue, NW
      West Tower, Suite 500
      Washington, D.C.  20005

Laurie Smilan, Counsel for Defendants
J. Christian Word
Latham & Watkins, LLP
555 Eleventh Street, NW
Washington, DC  20004