**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE INPHONIC, INC. SECURITIES LITIGATION | Case No.: 1:07-cv-00930-RBW |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

Please withdraw the appearance of the undersigned, Elizabeth S. Finberg, as Counsel for Lead Plaintiff, in the above-captioned matter. As of September 12, 2008, Ms. Finberg will no longer be employed with Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein"). Cohen Milstein will continue to be counsel of record in this matter.

Dated: September 5, 2008    Respectfully submitted:

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
/s/ Elizabeth S. Finberg
Elizabeth S. Finberg (DC Bar#468555)
Andrew N. Friedman (DCB # 375595)
1100 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail: stoll@cmht.com
*Counsel for Lead Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on September 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF, and service was accomplished on any of the counsel of record not registered through the CM/ECF system via regular U.S. mail.

    /s/ Elizabeth S. Finberg
Elizabeth S. Finberg (D.C. Bar No. 468555)